AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Martin VEGA- Calderon<br>Axxx xxx 354<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br><br>SA17-MJ-693 |

Filed 06/15/17
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 15, 2017__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Being an alien, was found in the United States having been denied admission, excluded, deported, and removed therefrom on or about January 26, 2015, and that the defendant had not received the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557) to reapply for admission to the United States, being voluntarily in the United States unlawfully. |

This criminal complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jose Luis Ramos Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __June 15, 2017__

_____
*Judge's signature*

City and state: __San Antonio, Texas__    Honorable John W. Primomo, U.S. Magistrate Judge
*Printed name and title*

**Maximum Penalties:**
10 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment

AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Jose Luis Ramos and I am a Deportation Officer with Immigration and Customs Enforcement (ICE) and with whom I have been employed since January 8, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On June 15, 2017, VEGA-Calderon, Martin (VEGA), was encountered at or near the block 2200 Guadalupe St. in San Antonio Texas. After it was determined that VEGA was a foreign born national present within the United States illegally, VEGA was arrested and transported to Immigration and Customs Enforcement in San Antonio, Texas. VEGA's fingerprints were submitted through the Immigration and FBI databases which verified his identity. The databases also revealed that VEGA was a citizen or national of Mexico with assigned Alien Registration Number Axxx xxx 354. A review of the Alien Registration File for Axxx xxx 354, indicated that VEGA was an alien previously removed from the United States to Mexico on or about January 26, 2015. VEGA was advised about his Miranda Rights.

Immigration databases also revealed that VEGA has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after deportation/removal.

The defendant was advised about his right to a consular notification and the Consulate of Mexico was notified about VEGA's arrest on June 15, 2017.

Record checks indicate that VEGA has one (1) conviction for Possession of Marijuana, one (1) conviction for Theft, and one (1) conviction for Obstructs/Resists Public Officer.

Also, VEGA has a conviction for Possession Of Narcotic Controlled Substance.

Furthermore on December 20, 2013, in the United States District Court, Southern District of Texas, Corpus Christi Division, VEGA was convicted of 8 U.S.C. 1326 (a) and (b)(2) and was sentenced to twenty one (21) month cofinment.

_____
Jose Luis Ramos
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 15th day of June, 2017.

_____
United States Magistrate Judge
Honorable John W. Primomo